BEFORE THE THIRD DIVISION, APRIL 8, 1941

**No. 45693.**—Protests 36938–K, etc., of Hin Yuen Hong Co. et al. (Los Angeles).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) certain items were held free of duty as crude drugs under paragraph 1669. Certain other items which were sliced or cut were held dutiable as drugs, advanced, at 10 percent under paragraph 34.

APRIL 2, 1941

**No. 45694.**——Protest 953367–G of W. X. Huber Co. C. D. 448. Application by plaintiff for rehearing denied.

APRIL 2, 1941

**No. 45695.**—SUIT 4313.——*United States* v. *Zellerbach Paper Co.* (*Hoyt, Shepston & Sciaroni*). C. A. D. 159. Judgment reported in Abstract 45586 corrected.

APRIL 4, 1941

**No. 45696.**—SUIT 4316.— *Ernest E. Marks Co.* v. *United States.* C. D. 305 affirmed. C. A. D. 156.

BEFORE THE FIRST DIVISION, APRIL 9, 1941

**No. 45697.**—Protest 25689–K of American Import Co. (San Francisco).

Opinion by WALKER, J. It was held that the soap in question is subject to the additional tax imposed under the code on the total weight of the soap at rates equivalent to 35.07 percent of 3 percent plus 6.96 percent of 3 cents per pound.

**No. 45698.**—Protests 581702–G, etc., of M. Bernstein Sons & Forman, Inc., et al. (New York).

Opinion by WALKER, J. It was stipulated that the dogskins in question are undressed and similar to those the subject of *Bracher* v. *United States* (5 Cust. Ct. 153, C. D. 389). The claim for free entry under paragraph 1681 was therefore sustained.